

# Delbert Hosemann
## Secretary of State

125 South Congress St
Post Office Box 136
Jackson, Mississippi 39205-0136

```
SOUTHERN DISTRICT OF MISSISSIPPI
       F I L E D
      NOV 0 2 2015
       ARTHUR JOHNSTON
BY _____ DEPUTY
```

TO:

Judicial Correction Services, Incorporated
6200 South Syracuse Way
Greenwood Village, CO 80111

Date of Service on
Secretary of State: October 26, 2015

Cause Number: 1:15CV348HSO-JCG

Plaintiff: Qumotria Kennedy Joseph Anderson Richard Tillery

vs

Defendant: Judicial Correction Services, Incorporated

CC:

United States District Court, Southern District
Honorable Arthur Johnston
501 E Court Street Suite 2500
Jackson, MS 39201

We hand you herewith copy of process, served on C. Delbert Hosemann, Jr. Secretary of State, your agent and attorney for service of process in Mississippi, today issued by the Clerk of the United States District Court, Southern District, Mississippi, to which you are defendant and Qumotria Kennedy Joseph Anderson Richard Tillery is/are plaintiff(s).

You will understand from the perusal of said process, that a suit is now pending in the above mentioned court and you will give such matter the attention it requires.

Very truly yours,
C. Delbert Hosemann, Jr.
Secretary of State

CC:

Nusrat Jahan Choudhury
125 Broad Street 17Th Floor
New York, NY 10040

By _____
Assistant Secretary of State

SP Number: 990



**DELBERT HOSEMANN**
SECRETARY OF STATE
POST OFFICE BOX 136
JACKSON, MISSISSIPPI 39205-0136





Honorable Arthur Johnston
501 E Court Street Suite 2500
Jackson, MS 39201

3920135022 C006