IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

QUOMOTRA KENNEDY,
RICHARD TILLERY
and JOSEPH ANDERSON           PLAINTIFFS

vs.         Civil Action No. 1:15cv00348 HSO-JCG

THE CITY OF BILOXI,
MISSISSIPPI, ET AL.            DEFENDANTS

---

## NOTICE OF APPEARANCE

---

**COMES NOW** Thomas A. McKnight, Jr. and enters his appearance as attorney of record in the above-styled and numbered cause of action for JUDICIAL CORRECTION SERVICES, INCORPORATED.

Dated this 3rd day of November, 2015.

THOMAS A. MCKNIGHT, JR. (MS No. 101690)
Attorney for Judicial Correction Services, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF
  & BRANDT, L.L.C.
First Commercial Bank Building
800 Shades Creek Pkwy., Ste. 400
Birmingham, Alabama 35209
Phone: (205) 870-0555
Email: tmcknight@wallacejordan.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of November, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the MEC system, which sent notification of such filing to the following:

Nusrat Jahan Choudhury, Esq.
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 100004
Phone: (212) 519-7876
Fax: (212) 549-2654
nchoudhury@aclu.org
*Lead Counsel for the Plaintiffs*

Charles B. Irvin, Esq.
American Civil Liberties
Union Foundation of Mississippi
233 East Capitol Street
Jackson, MS 39201
Phone: (601) 354-3408
Fax: (601) 355-6465
cirvin@aclu-ms.org
*Local Counsel for the Plaintiffs*

Pieter Teeuwissen, Esq.
Anthony R. Simon, Esq.
Simon & Teeuwissen, PLLC
621 East Northside Drive
Jackson, MS 39206
Phone: (601) 366-2292
Fax: (601)362-8444
pteeuwissen@bellsouth.net
anthonysimonpllc@bellsouth.net
*Local Counsel for the Plaintiffs*

Gerald H. Blessey, Esq.
City Attorney for City of Biloxi, MS
140 Lameuse Street
Biloxi, MS 39530
Phone: (228) 806-4755
Fax: (228) 435-6129
blesseylaw@me.com
*Counsel for City of Biloxi*

Corban Gunn
Corban Gunn, PLLC
175 Lameuse Street, Suite C
Biloxi, Mississippi 39530
Phone: (228) 284-6805
Fax: (228) 284-6806
corban@corbangunn.com
*Counsel for Hon. James Steele*

OF COUNSEL