

# DELBERT HOSEMANN
*Secretary of State*

125 South Congress St
Post Office Box 136
Jackson, Mississippi 39205-0136



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 16 2015
BY _____ ARTHUR JOHNSTON _____ DEPUTY

TO:

Judicial Correction Services, Incorporated
6200 South Syracuse Way
Greenwood Village, CO 80111

Date of Service on
Secretary of State:        October 26, 2015

Cause Number:             1:15CV348HSO-JCG

Plaintiff:    Qumotria Kennedy Joseph Anderson Richard Tillery

vs

Defendant:    Judicial Correction Services, Incorporated

CC:

United States District Court, Southern District
Honorable Arthur Johnston
501 E Court Street Suite 2500
Jackson, MS 39201

We hand you herewith copy of process, served on C. Delbert Hosemann, Jr. Secretary of State, your agent and attorney for service of process in Mississippi, today issued by the Clerk of the United States District Court, Southern District, Mississippi, to which you are defendant and Qumotria Kennedy Joseph Anderson Richard Tillery is/are plaintiff(s).

You will understand from the perusal of said process, that a suit is now pending in the above mentioned court and you will give such matter the attention it requires.

Very truly yours,
C. Delbert Hosemann, Jr.
Secretary of State

CC:

Nusrat Jahan Choudhury
125 Broad Street 17Th Floor
New York, NY 10040

By _____
Assistant Secretary of State

SP Number: 990

Reorder Form LCD-811 rev. 01/13
1-800-538-4900
www.printcertifiedmail.com

2. Article Number

7115 4411 7758 0000 0689

1. Article Addressed to:

JUDICIAL CORRECTION SERVICES
INCORPORATED
6200 SOUTH SYRACUSE WAY
GREENWOOD VILLAGE, CO 80111

Code2:

PS Form 3811                    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES enter delivery address below:     ☐ No

3. Service Type
☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes




5 4411 7758 0000 0689

**JUDICIAL CORRECTION SERVICES**
 **INCORPORATED**
 **6200 SOUTH SYRACUSE WAY**
 **GREENWOOD VILLAGE, CO  80111**

Suite # ?



# ISA
36
10/30/15

NIXIE    801113032-1N    11/03/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

**DELBERT HOSEMANN**
SECRETARY OF STATE
POST OFFICE BOX 136
JACKSON, MISSISSIPPI 39205-0136



RECEIVED
NOV 13 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. POSTAGE ❯❯ PITNEY BOWES



ZIP 39201
02 1W
0001401720 NOV 10 2015
$ 000.48⁵

Honorable Arthur Johnston
501 E Court Street Suite 2500
Jackson, MS 39201

RECEIVED
NOV 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

39201$5022 C006