IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QUMOTRIA KENNEDY,** *et al.*                                              **PLAINTIFFS**

V.                                    CIVIL ACTION NO. 1:15-cv-00348-HSO-JCG

**THE CITY OF BILOXI, MISSISSIPPI,** *et al.*                              **DEFENDANTS**

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THIS MATTER came before the Court on the Motion [25] for Writ of Habeas Corpus ad testificandum for Plaintiff, Richard Tillery's appearance at the Settlement Conference set for March 4, 2016 at 9:00 AM in Gulfport, Mississippi. The Court finds that the motion should be granted. Accordingly,

**IT IS, THEREFORE, ORDERED:**

1.   That Plaintiff, Richard Tillery, #194932, appear for a Settlement Conference before the undersigned Magistrate Judge on **Friday, March 4, 2016** at **9:00 AM** at **THE UNITED STATES COURTHOUSE, 2012 15th STREET, COURTROOM 683, GULFPORT, MISSISSIPPI.**

2.   That a Writ of Habeas Corpus Ad Testificandum issue forthwith from this Court, directing the Warden of the Hinds County Penal Farm, 1450 County Farm Road, Raymond, MS  39154, to transport **RICHARD TILLERY # 194932** to appear at **THE UNITED STATES COURTHOUSE, 2012 15th STREET, COURTROOM 683, GULFPORT, MISSISSIPPI,** on **Friday, March 4, 2016**, at **9:00 AM**, for the Settlement Conference.  Thereafter, upon being dismissed by the Court, the prisoner shall be returned to the Warden to be returned to the facility

from which he came, or any other designated facility, wherein the inmate might be lawfully incarcerated.

**SO ORDERED**, this the 2nd day of March, 2016.

*s/* *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE