# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**QUMOTRIA KENNEDY,** *et al.*                                                       **PLAINTIFFS**

**VERSUS**                                **CIVIL ACTION NO.: 1:15-cv-00348-HSO-JCG**

**THE CITY OF BILOXI, MISSISSIPPI,** *et al.*                                 **DEFENDANTS**

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    WARDEN, Hinds County Penal Farm, 1450 County Farm Road, Raymond, MS 39154; Those persons designated by Hinds County Penal Farm to transport the witness from Hinds County Penal Farm Hinds County Penal Farm, 1450 County Farm Road, Raymond, MS to <u>GULFPORT, MS</u> to appear before this Court.

YOU ARE HEREBY COMMANDED to produce the body of:

### RICHARD TILLERY #194932

The above named is now confined as a prisoner at Hinds County Penal Farm, #194932, 1450 County Farm Road, Raymond, MS 39154. The above named is to be produced before the United States District Court for the Southern District of Mississippi and particularly United States Magistrate Judge John C. Gargiulo at the United States Courthouse, 2012 15th Street, Courtroom 683, Gulfport, Mississippi on **Friday, March 4, 2016 at 9:00 AM** for participation in the SETTLEMENT CONFERENCE in the above-styled pending civil lawsuit. Upon dismissal, at the direction of the Court you are to return the inmate to the custody of the above Warden and specifically to the above facility, or to any other facility designated by the warden, wherein the inmate might be lawfully incarcerated.

This the 2nd day of March, 2016.

                                                        ARTHUR JOHNSTON, CLERK

                                                        By: _____
                                                                Deputy Clerk