IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QUMOTRIA KENNEDY, et al.**                                                                 **PLAINTIFFS**

v.                                                                 Civil No. 1:15cv348-HSO-JCG

**THE CITY OF BILOXI, MISSISSIPPI, et al.**                                      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. Defendant Judicial Correction Services, Inc. settled under its own specific terms and the parties have agreed and stated their desire that the Court expressly retain jurisdiction over this matter to enforce the terms and conditions of their settlement. The remaining Defendants, the City of Biloxi, Mississippi, John Miller, and Judge James Steele also settled under their own separate terms and conditions and the parties have agreed and stated their desire that the Court expressly retain jurisdiction over this matter to enforce the terms and conditions of their settlement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction to enforce the settlements.

**SO ORDERED** this the 7th day of March, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE